AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Perform Investment Limited d/b/a,
*Plaintiff*
v.
Francisco Trinidad and Felipe Nativdad Martinez, Individually, and as officers, directors, shareholders, principal, manager and/or member of BIG CHARRITOS LLC, d/b/a MI PUEBLO MEXICAN GRILL & BAR, and
BIG CHARRITOS LLC, d/b/a/ MI PUEBLO MEXICAN GRILL & BAR
*Defendant*

)
)
)
)
)
)

Civil Action No.  2:19-CV-1006

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Stipulation of Dismissal filed 8/5/2019 (ECF No. 16). This case is DISMISSED in its entirety with prejudice and without costs to either party pursuant to Rule 41(1)(2) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  08/05/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*